**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*    JULY 15, 2024    *
BROOKLYN OFFICE

24-CR-286
Judge Carol Bagley Amon
Magistrate Judge Vera M. Scanlon

1.  Title of Case:  United States v. Michail Chkhikvishvili, also known as "Mishka," "Michael," "Commander Butcher" and "Butcher"

2.  Related Magistrate Docket Number(s): 24-MJ-306

3.  Arrest Date:  7/6/2024

4.  Nature of offense(s):    ☒  Felony
                            ☐  Misdemeanor

5.  Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules):  N/A

6.  Projected Length of Trial:    Less than 6 weeks    ☒
                                  More than 6 weeks    ☐

7.  County in which crime was allegedly committed: Kings
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]    ☐ Yes  ☒ No

9.  Has this indictment/information been ordered sealed?    ☐ Yes  ☒ No

10. Have arrest warrants been ordered?    ☒ Yes  ☐ No

11. Is there a capital count included in the indictment?  ☐ Yes  ☒ No

BREON PEACE
UNITED STATES ATTORNEY

By:    /s/ Andrew D. Reich
       Ellen H. Sise
       Andrew D. Reich
       Assistant U.S. Attorneys
       718-254-7000

---

[1]    Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12