# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Peggy Kuo | **DATE:** 5/23/2025 |
| **CLERK:** D. Wright | |
| **DOCKET #:** 24 CR 286(CBA) | **LOG TIME:** 11:30-11:54am |
| **DEFENDANTS NAME:** Michail Chkhikvishvili | |

| | | | |
|---|---|---|---|
| **x** Present | ___ Not Present | **x** Custody | ___ Bail |

**DEFENSE COUNSEL:** Samuel Gregory

| | | | |
|---|---|---|---|
| **x** Court Appointed | ___ Federal Defender | **x** CJA | ___ Retained |

**A.U.S.A:** Andrew Reich
**INTERPRETER:** Nelly Alishaev     **LANGUAGE:** Russian

Defendant arraigned on the: ___ Complaint **x** Indictment ___ Superseding Indictment ___ Probation Violation

| | |
|---|---|
| **x** Defendant pleads NOT GUILTY to ALL counts. | **x** Defendants first appearance. |
| ___ Government Agent Sworn | **x** Rule 5f warnings given to the govt. |
| **x** DETENTION HEARING Held. | ___ BAIL HEARING Held. |

___ Bond set at $

**Defendant:** ___ released ___ held pending satisfaction of bond conditions.
___ Defendant advised of bond conditions set by the Court and signed the bond.
___ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.
___ (Additional) surety/ies to co-sign bond by _____
___ After hearing, Court orders detention in custody. ___ Leave to reopen granted.

| | |
|---|---|
| ___ Order scheduling a Detention Hearing entered. | ___ Bail Hearing set for |
| ___ Preliminary Hearing set for | ___ Preliminary Hearing waived by defendant |

**x** At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| | | |
|---|---|---|
| **x** Order of Excludable Delay/Speedy Trial entered. | Start Date: 5/23/2025 | End Date: 6/11/2025 |

**Removal District:**                    **Removal District Case Number:**

| | |
|---|---|
| ___ Removal (Rule 5) Proceeding held. | |
| ___ Identity hearing held | **Court:** ___ Orders removal ___ Denies Removal |
| ___ Defendant waives Identity hearing | ___ Defendant waives Preliminary hearing |

___ No bail application presented to the court. Commitment to the District entered.
**x** Medical memo issued.
___ Defendant failed to appear; bench warrant issued.
**x** Status conference set for **6/11/2025** @ **11:30am** before District Judge: Amon

**Other Rulings:** Russian Interpreter sworn on the record. The government opposed bail for reasons stated on the record. At this time defense counsel did not have a bail application to present. Order of detention entered.