*Law Office of*
**SAMUEL GREGORY**
*75 Prospect Park, Southwest*
*Brooklyn, New York, 11215*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

*Admitted in NY and NJ*

May 28, 2025

*By ECF*

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***U.S. v. Michail Chkhikvishvili,*** **24-cr-286 (CBA) – Request to appoint co-counsel**

Dear Judge Amon,

    I represent Michail Chkhikvishvili in the above-referenced case under the Criminal Justice Act. I am writing to respectfully request that the Court assign Zachary Taylor as co-counsel for Mr. Chkhikvishvili. I submit that the appointment of co-counsel is warranted in this case because of the seriousness of the issues presented, the complexity of the case, and the quantity of discovery. As the Court is likely aware, Mr. Taylor is a highly effective advocate and a respected member of the CJA panel in this district. I respectfully request that Mr. Taylor be compensated at the standard CJA rate in light of his experience.

                                                              Respectfully submitted,

                                          By:    /s/*Samuel Gregory*//
                                                     Law Office of Samuel Gregory
                                                     75 Prospect Park SW
                                                     Brooklyn, New York 11215
                                                     Tel: 718-222-2992/718-360-6243
                                                     Email: Sam@samgregory.com

*Attorney for* Michail Chkhikvishvili