

U.S. Department of Justice

United States Attorney
Eastern District of New York

EHS/ADR
F. #2023R00792

271 Cadman Plaza East
Brooklyn, New York 11201

November 14, 2025

By Email
Zachary S. Taylor
Taylor & Cohen LLP
305 Broadway, 7th Floor
New York, NY 10007

   Re: United States v. Michail Chkhikvishvili
      Criminal Docket No. 24-286 (CBA)

Dear Counsel:

   Enclosed please find discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which is being produced pursuant to the Stipulation and Order entered by the Court on June 10, 2025, *see* ECF No. 17 (the "Protective Order"). The government renews its request for reciprocal discovery from the defendant.

   The production contains a group chat with statements of the defendant and an FBI online covert employee bates stamped MC_027010-MC_027023. These materials are designated "Sensitive Discovery Material" pursuant to the Protective Order.

          Very truly yours,

          JOSEPH NOCELLA, JR.
          United States Attorney

     By:  /s/
        Ellen H. Sise
        Andrew D. Reich
        Assistant U.S. Attorney
        (718) 254-7000

Enclosures
cc: Clerk of the Court (CBA) (by ECF) (without enclosures)