

EHS/ADR
F. #2023R00792

February 11, 2026

By ECF

The Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Michail Chkhikvishvili
> Criminal Docket No. 24-286

Dear Judge Amon:

The government submits this letter in advance of the defendant Michail Chkhikvishvili's sentencing, which is scheduled for March 9, 2026, to respectfully request permission for interested parties, including victims of a school shooting inspired by the defendant, and the defendant's mother, to attend the sentencing remotely by either video or telephone conference. The defendant pleaded guilty to soliciting hate crimes and sending bomb-making instructions in violation of Title 18, United States Code, Sections 373 and 842(p)(2)(A). Chkhikvishvili, also known as "Commander Butcher," was the leader of Maniac Murder Cult, a transnational racially motivated violent extremist ("RMVE") group, and the architect of a scheme to commit violent crimes, such as bombings and arsons, against Jewish people and racial minorities. Chkhikvishvili repeatedly encouraged others, primarily on Telegram, to commit violent hate crimes and other acts of violence on behalf of Maniac Murder Cult.

In January 2025, a 17-year-old student killed a 16-year-old girl and injured another student, permanently impairing the student's vision, before dying by suicide inside Antioch High School in Nashville, Tennessee. Prior to the school shooting, in an audio-recording posted online, the shooter claimed he was taking action on behalf of Maniac Murder Cult. The attacker's manifesto explicitly mentioned the defendant. The injured student and three other victims, who have experienced significant fallout from witnessing the school shooting, have prepared letters for the Court's consideration, which the government is filing contemporaneously, along with this letter, under seal. *See* 18 U.S.C. § 3661 (providing that "[n]o limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence"). These individuals are unable to travel to New York but may nonetheless

wish to participate remotely.  Defense counsel does not object to the government's request. Separately, the government understands from defense counsel that the defendant's mother, who is in the country Georgia, wishes to attend the proceeding remotely.  The government does not object to the defendant's mother participating remotely.

Courts in this District have regularly permitted remote participation of interested parties at sentencing.  *See, e.g.*, *United States v. Welker*, No. 23-CR-141 (PKC) (sentencing the individual listed as "RMVE Leader-1" in the indictment for threatening a Brooklyn-based journalist, permitting journalist to participate remotely by phone); *United States v. Scott*, No. 22-CR-156 (MKB), Order dated May 6, 2025 (granting request for victim's family to participate in sentencing by telephone); *United States v. Gentile*, No. 21-CR-54 (RPK), Order dated April 30, 2025 (granting request for victims to participate in sentencing by phone); *United States v. Plaizier*, No. 20-CR-553 (KAM); *United States v. Thomas*, No. 20-CR-01 (RJD); *United States v. Liburd*, 17-CR-296 (ERK); *United States v. Betancur, et al.*, 21-cr-525 (EK); *United States v. Terranova*, 23-CR-516 (KAM); *United States v. Li, et al.,* 22-CR-484 (GRB); *see also United States v. Humber*, 24-cr-257 (DC) (E.D. Cal.) (permitting victims to appear remotely at sentencing in factually similar case in which the defendant was the leader of a white supremacist transnational group sentenced for, among other things, soliciting hate crimes).

For the forgoing reasons, the government respectfully requests that the Court permit interested parties to attend the defendant's sentencing by either video or telephone conference.

Respectfully submitted,

JOESEPH NOCELLA, JR.
United States Attorney

By:  /s/ _____
Ellen H. Sise
Andrew D. Reich
Assistant U.S. Attorneys
(718) 254-7000

cc:  Clerk of the Court (CBA) (by ECF and E-mail)
Defense Counsel (by ECF and E-mail)