# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 257-1900
Fax: (646) 808-0966
Email: ztaylor@taylorcohenllp.com

February 18, 2026

*By ECF and Email*

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:    *U.S. v. Michail Chkhikvishvili,* 24-cr-286 (CBA) – Request for sentencing adjournment**

Dear Judge Amon:

I represent Michail Chkhikvishvili in the above-referenced case. I am writing to request a 60-day adjournment of Mr. Chkhikvishvili's sentencing, which is scheduled for March 9, 2026. The government consents to this request.

Respectfully submitted,

Zachary S. Taylor

cc:    Ellen Sise, Esq.
       Andrew Reich, Esq.
            Assistant United States Attorneys

       Michelle Malko
            U.S. Probation Officer (*by email*)