# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

February 20, 2025

*By ECF and Email*

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:    *U.S. v. Michail Chkhikvishvili,* 24-cr-286 (CBA)**

Dear Judge Amon:

I represent Michail Chkhikvishvili in the above-referenced case. I am writing in response to the government's February 11, 2026 letter concerning the participation by videoconference or telephone of certain "interested parties" in Mr. Chkhikvishvili's sentencing. While Mr. Chkhikvivishvili does not object to victims' participating remotely as a general matter, he objects to the government's characterization of the authors of the letters attached to ECF Doc. No. 42 as "victims" within the meaning of the Crime Victims' Rights Act, 18 U.S.C. § 3771 ("CVRA").

The government has submitted to the Court three letters from victims of a January 2025 school shooting in Tennessee. The government represents in its letter that the individual who committed the Tennessee school shooting claimed in an audio recording posted online that he took action on behalf of Maniac Murder Cult and explicitly mentioned Mr. Chkhikvishvili's online moniker. The shooting occurred approximately six months after Mr. Chkhikvishvili was arrested in Moldova. The government does not allege that the defendant communicated with the shooter, Solomon Henderson, or encouraged him directly to commit violence.

The press has reported widely on Henderson's sources of inspiration. For example, Henderson wrote on social media that the conservative pundit Candace Owens "influenced me above all each time she spoke."[1] He also posted on social

---

[1] Jennifer Kraus and Emily R. West, "Purported writings from Antioch High School shooter show his plans, thoughts before death," News Channel 5 Nashville (Jan. 22, 2025), *available at* https://www.newschannel5.com/news/newschannel-5-investigates/purported-writings-from-antioch-high-school-shooter-show-his-plans-thoughts-before-death.

February 20, 2026
Hon. Carol Bagley Amon
Page 2

media a flyer from the Goyim Defense League, a Neo-Nazi white supremacist group that visited Nashville in the summer of 2024.[2] According to another report, Henderson may have been in contact with the social media account belonging to a 15-year-old school shooter who shot and killed two people at her school in Madison, Wisconsin in December 2024.[3] It has been reported that Henderson "had a particular fixation" on the Madison shooter, "referencing her in his Discord screenname and sharing multiple posts lauding her" in the weeks before the shooting.[4]

According to the Anti-Defamation League, Henderson self-identified as a "mentalcel," which is "someone who identifies as an involuntary celibate (incel) on the basis of an intellectual or learning disability." Henderson, who was Black, "posted and reshared incel content and frequented incel forums where users of color are often told they are incels because they are not white, leading to intensifying self-loathing and internalized racism."[5] Before the shooting, he shared online a 51-page document expressing self-hatred as a Black person and wishing violence on Blacks and Jews.[6] Sections of the document were "lifted directly from various extremist sources."[7] He quoted the manifesto of the shooter who committed a mass terror attack in Christchurch, New Zealand in March 2019 and propaganda by an organization called the Terrorgram Collective.[8] A portion of Henderson's manifesto was "plagiarized from the 800-page manifesto written by Matthew Harris, a former UCLA lecturer who was arrested in 2022 after publishing a manifesto threatening violence against 35 individuals."[9] Henderson lauded a wide range of mass attackers,

---

[2] *See id.*

[3] *See* Josh Margolin and Emily Shapiro, "Nashville school shooting suspect's social media linked to Madison school shooter's social media: Sources," ABC News (Jan. 23, 2025), *available at* https://abcnews.com/US/nashville-school-shooting-suspects-social-media-linked-madison/story?id=118026643.

[4] *See* "Antioch, Tenn., Shooter Inspired by Broad Extremist Beliefs and Previous Mass Killers," Anti-Defamation League Center on Extremism (Jan. 23, 2025), *available at* https://www.adl.org/resources/article/antioch-tenn-shooter-inspired-broad-extremist-beliefs-and-previous-mass-killers.

[5] *Id.*

[6] *See id.*

[7] *Id.*

[8] *See id.*

[9] *Id.*

February 20, 2026
Hon. Carol Bagley Amon
Page 3

including Luigi Mangione, the Parkland High School shooter, and the Boston Marathon bombers.[10] The list of influences cited by observers goes on and on.

In sum, while Henderson was radicalized online, Maniac Murder Cult and Mr. Chkhikvishvili are far from being his only influences. Consequently, without diminishing in any way the terrible suffering of Hendersons' victims, they are not "victims" of Mr. Chkhikvishvili's offense. Under the CVRA, the term "crime victim" means "a person directly and proximately harmed as a result of the commission of a Federal offense." 18 U.S.C. § 3771(e). "The requirement that the victim be 'directly and proximately harmed' encompasses the traditional 'but for' and proximate cause analyses." *Rendon Galvis v. Murillo-Bejerano*, 564 F.3d 170, 175 (2d Cir. 2009). Here, it is far from clear that Mr. Chikhvishvili's offense was a but-for cause of Henderson's attacking his school. Putting it another way, if Mr. Chkhikvihvili, who never met or communicated with Henderson, were removed from the equation, Henderson would almost certainly have committed his crime anyway. Nor was Mr. Chkhikvihvili's offense the proximate cause of the Tennessee school shooting. Although Mr. Chkhivishvili called for violence against Jews and racial minorities in his posts online, Henderson's independent decision to attack his school was a superseding cause that breaks the chain of causation. Ultimately, Mr. Chkhikvishvili did not solicit Henderson to commit the shooting. That was Henderson's independent decision based on his indoctrination by a wide range of sources he encountered online.

The government has also submitted a letter from a member of New York's Jewish community. Without diminishing the impact of Mr. Chkhikishvili's offense on Jews and racial minorities in New York and elsewhere, the letter's author is not a "victim" under the CVRA. It is not clear how he was "harmed" by Mr. Chkhikishvili's offense as an individual in a way that differentiates him from millions of Jews and racial minorities here in New York and nationwide. This is not meant to diminish the impact of Mr. Chkhikvishvili's conduct on the groups against which he incited violence, but the harm to those groups is collective, not individual.

Accordingly, we object to the government's submission of the four victim-impact statements attached to ECF Doc. No. 42.

Respectfully submitted,

Zachary S. Taylor

cc:   Ellen Sise, Esq.

---

[10] *See id.*

February 20, 2026
Hon. Carol Bagley Amon
Page 4

Andrew Reich, Esq.
Assistant United States Attorneys

Zachary Taylor

Encl(s).